**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**


Anel Montenelli

                              Plaintiff,

v.                                    Case No.: 1:15–cv–06683
                                         Honorable Charles P. Kocoras

PLS Check Cashiers Trust, INC., et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, October 19, 2015:

       MINUTE entry before the Honorable Charles P. Kocoras: By request and agreement of the parties, status hearing set for 10/20/2015 is reset to 11/12/2015 at 09:30 AM. Mailed notice (vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.