**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Anel Montenelli

                                     Plaintiff,

v.                                                               Case No.: 1:15−cv−06683
                                                                   Honorable Charles P. Kocoras

PLS Check Cashiers Trust, INC., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 11, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: By request of the parties, status hearing set for 1/12/2016 is stricken. The Court will dismiss this case without prejudice with leave to reinstate on or before 4/11/2016. If no motion to reinstate is filed by 4/11/2016, dismissal will then become with prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.